UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | | |
|---|---|---|
| Charmaine Williams | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 19-10862 |

OBJECTION TO PROOF OF CLAIM NUMBERED 3-1 FILED ON BEHALF OF DEL COAST PROPERTIES, LLC

COMES NOW Charmaine Williams, hereinafter referred to as "Debtor," by and through her undersigned counsel, Brad J. Sadek, Esquire, and hereby objects to the Proof of Claim number 3-1 and in support thereof avers the following:

1.  Debtors filed the instant Chapter 13 Bankruptcy case on or about February 11, 2019.

2.  The February 11, 2019 case filing was assigned case number 19-10862.

3.  On or about March 25, 2019 Del Coast Properties, LLC numbered 3-1. A true and correct copy of claim number 3-1 is attached hereto and labeled as **Exhibit "A."**

4.  The Official Form 410 in column "C" lists "0.00" in payments to the Mortgagee since December 15, 2017.

5.  However, the Debtor has provided to the undersigned counsel the following proof of payments since December 15, 2017 and prior to filing the instant Chapter 13 which fail to be credited:

| | |
|---|---|
| February 2, 2018: | $280.11 |
| February 23, 2018: | $280.11 |
| March 2, 2018: | $280.11 |
| March 16, 2018: | $280.11 |
| March 30, 2018: | $280.11 |
| October 27, 2018: | $2,433.33 |
| December 26, 2018: | $280.11 |

6. Accordingly, the Debtor requests a complete Form 410 from the date of default or in the alternative a revised Form 410 and Proof of Claim crediting the above referenced payments listed in the above paragraph.

WHEREFORE, Debtor, Charmaine Williams, respectfully requests that this Honorable Court disallow the proof of claim numbered 3-1 filed by Del Coast Properties, LLC.

Dated: 6/27/19

Brad J. Sadek, Esquire
Sadek and Cooper
Attorney for the Debtor
1315 Walnut Street, #502
Philadelphia, PA 19107
(215) 545-0008