**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Charmaine Williams |
| Debtor 2 (Spouse if, filing) | |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania (Philadelphia) |
| Case number (if known) | 19-10862-mdc |

Official Form 410
# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Del Coast Properties, LLC, a Delaware Limited Liability Company
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Del Coast Properties, LLC, a Delaware Limited Liability Company
c/o Dwaldmanlaw, P.C.
4900 Carlisle Pike, #182,
Mechanicsburg, PA 17050

Name, Number, Street, City, State & Zip Code

Contact phone
Contact email

Where should payments to the creditor be sent? (if different)

Del Coast Properties, LLC, a Delaware Limited Liability Company
40 E Main St #113
Newark, DE 19711

Name, Number, Street, City, State & Zip Code

Contact phone
Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing?

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __1541__

**7. How much is the claim?** $ __$54,992.49__ Does this amount include interest or other charges?
☐ No
☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Mortgage on Real Property

**9. Is all or part of the claim secured?**
☐ No
☒ Yes. The claim is secured by a lien on property.

**Nature of property:**
☒ Real Estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** __Recorded Mortgage__

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ __n/a__

**Amount of claim that is secured:** $ __$54,992.49__

**Amount of claim that is unsecured:** $ __0.00__ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ __$11,181.98__

**Annual Interest Rate** (when case was filed) __6.00__ %
☒ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition: $ _____

**11. Is this claim subject to a right of setoff?**
☒ No
☐ Yes. Identify the property: _____

Official Form 410                    Proof of Claim                    page 2

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No <br> ☐ Yes. *Check all that apply:* | |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $ |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.

18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   3/13/2019
                   MM/ DD / YYYY

/s/ Kathryn M. Wakefield
Signature

Print the name of the person who is completing and signing this claim:

Name           **Kathryn M. Wakefield, Esq**

Title          **Attorney for Creditor**

Company        **c/o Dwaldmanlaw, P.C.**
               Identify the corporate servicer as the company if the authorized agent is a servicer.

Address        **4900 Carlisle Pike, #182, Mechanicsburg, PA 17050**
               Number, Street, City, State and Zip Code

Contact phone  **(844) 899-4162**    Email **bankruptcy@dwaldmanlaw.com**

# Mortgage Proof of Claim Attachment (12/15)

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.

## Part 1: Mortgage and Case Information

| | |
|---|---|
| Case number: | 19-10862-mdc |
| Debtor 1: | Charmaine Williams |
| Debtor 2: | |
| Last 4 digits to identify: | 1541 |
| Creditor: | Del Coast Properties, LLC, a Delaware Limited Liability Company |
| Servicer: | Madison Management Services, LLC |
| Fixed accrual/daily simple interest/other: | |

## Part 2: Total Debt Calculation

| | |
|---|---|
| Principal balance: | $45,539.28 |
| Interest due: | $3,286.31 |
| Fees, costs due: | $5,982.52 |
| Escrow deficiency for funds advanced: | $184.38 |
| Less total funds on hand: | $0.00 |
| Total debt: | $54,992.49 |

## Part 3: Arrearage as of Date of the Petition

| | |
|---|---|
| Principal & interest due: | $5,015.08 |
| Prepetition fees due: | 5,982.52 |
| Escrow deficiency for funds advanced: | $0.00 |
| Projected escrow shortage: | $184.38 |
| Less funds on hand: | $0.00 |
| Total prepetition arrearage: | $11,181.98 |

## Part 4: Monthly Mortgage Payment

| | |
|---|---|
| Principal & interest: | $179.11 |
| Monthly escrow: | $0.00 |
| Private mortgage insurance: | $0.00 |
| Total monthly payment: | $179.11 |

## Part 5: Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/15/2017 | $179.11 | $0.00 | $17.91 | Late | 12/15/2017 | $179.11 | $0.00 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $114.42 | $0.00 | $17.91 | $0.00 |
| 12/30/2017 | $179.11 | $0.00 | $17.91 | Late | 12/30/2017 | $358.22 | $0.00 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $228.84 | $0.00 | $35.82 | $0.00 |
| 1/15/2018 | $179.11 | $0.00 | $17.91 | Late | 1/15/2018 | $537.33 | $0.00 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $343.26 | $0.00 | $53.73 | $0.00 |
| 1/19/2018 | $0.00 | $0.00 | $25.00 | NSF Payment | 1/19/2018 | $537.33 | $0.00 | $0.00 | $0.00 | $25.00 | $0.00 | $45,539.28 | $343.26 | $0.00 | $78.73 | $0.00 |
| 1/30/2018 | $179.11 | $0.00 | $17.91 | Late | 1/30/2018 | $716.44 | $0.00 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $457.68 | $0.00 | $96.64 | $0.00 |
| 2/15/2018 | $179.11 | $0.00 | $17.91 | Late | 2/15/2018 | $895.55 | $0.00 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $572.10 | $0.00 | $114.55 | $0.00 |
| 2/28/2018 | $179.11 | $0.00 | $17.91 | Late | 2/28/2018 | $1,074.66 | $0.00 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $686.52 | $0.00 | $132.46 | $0.00 |
| 3/15/2018 | $179.11 | $0.00 | $17.91 | Late | 3/15/2018 | $1,253.77 | $0.00 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $800.94 | $0.00 | $150.37 | $0.00 |
| 3/30/2018 | $179.11 | $0.00 | $17.91 | Late | 3/30/2018 | $1,432.88 | $0.00 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $915.36 | $0.00 | $168.28 | $0.00 |
| 4/13/2018 | $0.00 | $0.00 | $25.00 | NSF Payment | 4/13/2018 | $1,432.88 | $0.00 | $0.00 | $0.00 | $25.00 | $0.00 | $45,539.28 | $915.36 | $0.00 | $193.28 | $0.00 |
| 4/15/2018 | $179.11 | $0.00 | $17.91 | Late | 4/15/2018 | $1,611.99 | $0.00 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $1,029.78 | $0.00 | $211.19 | $0.00 |
| 4/27/2018 | $0.00 | $0.00 | $25.00 | NSF Payment | 4/27/2018 | $1,611.99 | $0.00 | $0.00 | $0.00 | $25.00 | $0.00 | $45,539.28 | $1,029.78 | $0.00 | $236.19 | $0.00 |
| 4/30/2018 | $179.11 | $0.00 | $17.91 | Late | 4/30/2018 | $1,791.10 | $0.00 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $1,144.20 | $0.00 | $254.10 | $0.00 |
| 5/11/2018 | $0.00 | $0.00 | $25.00 | NSF Payment | 5/11/2018 | $1,791.10 | $0.00 | $0.00 | $0.00 | $25.00 | $0.00 | $45,539.28 | $1,144.20 | $0.00 | $279.10 | $0.00 |

Official Form 410    Proof of Claim    page 4

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Date | Amount | Amount | Amount | Description | Date | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Balance | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/15/2018 | $179.11 | $0.00 | $17.91 | Late | 5/15/2018 | $1,976.21 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $1,258.62 | $0.00 | $297.01 | $0.00 |
| 5/30/2018 | $179.11 | $0.00 | $17.91 | Late | 5/30/2018 | $2,149.32 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $1,373.04 | $0.00 | $314.92 | $0.00 |
| 6/15/2018 | $179.11 | $0.00 | $17.91 | Late | 6/15/2018 | $2,328.43 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $1,487.46 | $0.00 | $332.83 | $0.00 |
| 6/30/2018 | $179.11 | $0.00 | $17.91 | Late | 6/30/2018 | $2,507.54 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $1,601.88 | $0.00 | $350.74 | $0.00 |
| 7/05/2018 | $0.00 | $0.00 | $3,112.82 | Attorney Fees | 7/05/2018 | $2,507.54 | $0.00 | $0.00 | $3,112.82 | $0.00 | $45,539.28 | $1,601.88 | $0.00 | $3,463.56 | $0.00 |
| 7/15/2018 | $179.11 | $0.00 | $17.91 | Late | 7/15/2018 | $2,686.65 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $1,716.30 | $0.00 | $3,481.47 | $0.00 |
| 7/30/2018 | $179.11 | $0.00 | $17.91 | Late | 7/30/2018 | $2,865.76 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $1,830.72 | $0.00 | $3,499.38 | $0.00 |
| 8/15/2018 | $179.11 | $0.00 | $17.91 | Late | 8/15/2018 | $3,044.87 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $1,945.14 | $0.00 | $3,517.29 | $0.00 |
| 8/24/2018 | $0.00 | $0.00 | $608.60 | Attorney Fees | 8/24/2018 | $3,044.87 | $0.00 | $0.00 | $608.60 | $0.00 | $45,539.28 | $1,945.14 | $0.00 | $4,125.89 | $0.00 |
| 8/30/2018 | $179.11 | $0.00 | $17.91 | Late | 8/30/2018 | $3,223.98 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $2,059.56 | $0.00 | $4,143.80 | $0.00 |
| 9/15/2018 | $179.11 | $0.00 | $17.91 | Late | 9/15/2018 | $3,403.09 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $2,173.98 | $0.00 | $4,161.71 | $0.00 |
| 9/30/2018 | $179.11 | $0.00 | $17.91 | Late | 9/30/2018 | $3,582.20 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $2,288.40 | $0.00 | $4,179.62 | $0.00 |
| 10/15/2018 | $179.11 | $0.00 | $17.91 | Late | 10/15/2018 | $3,761.31 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $2,402.82 | $0.00 | $4,197.53 | $0.00 |
| 10/30/2018 | $179.11 | $0.00 | $17.91 | Late | 10/30/2018 | $3,940.42 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $2,517.24 | $0.00 | $4,215.44 | $0.00 |
| 11/15/2018 | $179.11 | $0.00 | $17.91 | Late | 11/15/2018 | $4,119.53 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $2,631.66 | $0.00 | $4,233.35 | $0.00 |
| 11/27/2018 | $0.00 | $0.00 | $500.00 | Reinstatement Fee | 11/27/2018 | $4,119.53 | $0.00 | $0.00 | $500.00 | $0.00 | $45,539.28 | $2,631.66 | $0.00 | $4,733.35 | $0.00 |
| 11/27/2018 | $0.00 | $0.00 | $15.00 | Demand Fee | 11/27/2018 | $4,119.53 | $0.00 | $0.00 | $15.00 | $0.00 | $45,539.28 | $2,631.66 | $0.00 | $4,748.35 | $0.00 |
| 11/27/2018 | $0.00 | $0.00 | $150.00 | Reconveyance Fee | 11/27/2018 | $4,119.53 | $0.00 | $0.00 | $150.00 | $0.00 | $45,539.28 | $2,631.66 | $0.00 | $4,898.35 | $0.00 |
| 11/27/2018 | $0.00 | $0.00 | $15.00 | Wire Fee | 11/27/2018 | $4,119.53 | $0.00 | $0.00 | $15.00 | $0.00 | $45,539.28 | $2,631.66 | $0.00 | $4,913.35 | $0.00 |
| 11/30/2018 | $0.00 | $0.00 | $27.31 | Unpd Late | 11/30/2018 | $4,119.53 | $0.00 | $0.00 | $27.31 | $0.00 | $45,539.28 | $2,631.66 | $0.00 | $4,940.66 | $0.00 |
| 11/30/2018 | $0.00 | $0.00 | $0.00 | Trust Balance | 11/30/2018 | $4,119.53 | $0.00 | $0.00 | $0.00 | $0.00 | $45,539.28 | $2,631.66 | -$184.38 | $4,940.66 | $0.00 |
| 11/30/2018 | $179.11 | $0.00 | $17.91 | Late | 11/30/2018 | $4,298.64 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $2,746.08 | -$184.38 | $4,958.57 | $0.00 |
| 12/15/2018 | $179.11 | $0.00 | $17.91 | Late | 12/15/2018 | $4,477.75 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $2,860.50 | -$184.38 | $4,976.48 | $0.00 |
| 12/30/2018 | $179.11 | $0.00 | $17.91 | Late | 12/30/2018 | $4,656.86 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $2,974.92 | -$184.38 | $4,994.39 | $0.00 |
| 1/15/2019 | $179.11 | $0.00 | $17.91 | Late | 1/15/2019 | $4,835.97 | $0.00 | $0.00 | $17.91 | $0.00 | $45,539.28 | $3,089.34 | -$184.38 | $5,012.30 | $0.00 |
| 1/23/2018 | $0.00 | $0.00 | $970.22 | Attorney Fees | 1/23/2018 | $4,835.97 | $0.00 | $0.00 | $970.22 | $0.00 | $45,539.28 | $3,089.34 | -$184.38 | $5,982.52 | $0.00 |
| 1/30/2019 | $179.11 | $0.00 | $0.00 | Late | 1/30/2019 | $5,015.08 | $0.00 | $0.00 | $0.00 | $0.00 | $45,539.28 | $3,203.76 | -$184.38 | $5,982.52 | $0.00 |
| 2/11/2019 | $0.00 | $0.00 | $0.00 | Late | 2/11/2019 | $5,015.08 | $0.00 | $0.00 | $0.00 | $0.00 | $45,539.28 | $3,286.31 | -$184.38 | $5,982.52 | $0.00 |



Official Form 410 — Proof of Claim — page 6

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy