UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: Charmaine Williams | : | |
|---|---|---|
| | : | Chapter 13 |
| | : | |
| Debtor (s) | : | Case No.: 19-10862MDC |

## ORDER

AND NOW, this ____ day of _____, 2019, upon consideration of the Objection of the Debtor to Proof of Claim Number 4, filed by Del Coast Properties, LLC, it is hereby:

ORDERED AND DECREED that the Proof of Claim 3-1 on the claims register in the instant bankruptcy matter is STRICKEN.

Further Ordered:

Dated: June 27, 2019

_____
Hon. Magdeline D. Coleman