UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Charmaine Williams<br><br>Debtor (s) | :<br>:<br>: Chapter 13<br>:<br>: Case No.: 19-10862MDC |

CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., certify that on the date indicated below served a true and correct copy of the Debtor's Objection to Proof of Claim and Request for Admissions on the following parties by electronic means and/or regular US mail:

William C. Miller
Chapter 13 Trustee
111 S. Independence Mall
Suite 583
Philadelphia, PA 19106

Del Coast Properties, LLC
(Addresses as per Notice Address listed on Proof of Claim)
c/o Dwaldmanlaw, P.C.
4900 Carlisle Pike, #182
Mechanicsburg, PA 17050


Dated: June 27, 2019

/s/ Brad J. Sadek
Brad J. Sadek, Esq.
Attorney for the Debtor
Sadek Law Offices, LLC
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008