**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

**In re:**

**Charmaine Williams**
**2029 S. 66th Street**
**Philadelphia, PA 19142**

Case No.: 19-10862-mdc
Chapter 13

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**COMES NOW**, Jennie C. Shnayder, Esq., and Dwaldmanlaw, P.C. attorneys for Secured Creditor, Del Coast Properties, LLC, and hereby enters its notice of appearance in the above-styled action.

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

Jennie C. Shnayder, ESQ.
**Dwaldmanlaw, P.C.**
Attorneys for Secured Creditor
4900 Carlisle Pike, #182
Mechanicsburg, PA 17050
Telephone: (844) 899-4162
Facsimile: (844) 882-4703
Primary email: bankruptcy@dwaldmanlaw.com
Email 1: jennie@dwaldmanlaw.com
Email 2: lynne@dwaldmanlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th Day of September, 2019, I served a copy of the foregoing Notice of Appearance and Request for Service by regular U.S. Mail or the Court's CM/ECF system to the following parties listed on the below service list:

## SERVICE LIST

**Charmaine Williams**
2029 S. 66th Street
Philadelphia, PA 19142

**BRAD J. SADEK**
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
215-545-0008
Fax : 215-545-0611
Email: brad@sadeklaw.com
*Attorneys for Debtor*

*Trustee*
**WILLIAM C. MILLER, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

*U.S. Trustee*
**United States Trustee**
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106


Date:   September 11, 2019

By:  /s/ *Jennie C. Shnayder*
Jennie C. Shnayder, Esq. ID # 315213
DWALDMANLAW, P.C.
4900 Carlisle Pike, #182
Mechanicsburg, PA 17050
Telephone: (844) 899-4162
Facsimile: (844) 882-4703
jennie@dwaldmanlaw.com
Attorneys for Secured Creditor