B 2100A (Form 2100A) (12/15)

MAR 23 2023

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania

In re  Charmaine Williams,     Case No. 19-10862-mdc

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Madison Management Services, LLC

Name of Transferee

Delcoast Properties LLC

Name of Transferor

Name and Address where notices to transferee should be sent:

Madison Management Services, LLC
4600 Kietzke Ln, Suite K-225
Reno, NV 89502

Phone: 877-563-4164
Last Four Digits of Acct #: 1541

Court Claim # (if known): 3-1
Amount of Claim: $54,301.11
Date Claim Filed: 10/04/2019

Phone: 877-563-4164
Last Four Digits of Acct. #: 1541

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /S/ Kevin J. Cordell     Date: 3/16/2023
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.